No. 11–898. DAMAN ET AL. v. BROOKS. C. A. 9th Cir. Motion of Los Angeles County Police Chiefs' Association et al. for leave

to file a brief as *amici curiae* granted. Certiorari denied. ■